E-FILED 7/30/2012

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| JONATHAN E. SAMUELS,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, NA, F.K.A., WACHOVIA MORTGAGE, FSB, F.K.A. WORLD SAVINGS BANK, FSB and ALL PERSONS UNKNOWN CLAIMING ANY EQUITABLE RIGHT, TITLE, ESTATE LIEN, OR INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT and DOES 1-100 inclusive,<br><br>   Defendants. | Case No.: 2:11-cv-06067-PSG-PJW<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>*[The Honorable Philip S. Gutierrez, Courtroom 880]* |

On May 14, 2012, this Court entered an Minute Order granting the motion of defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued herein as

"Wells Fargo Bank, NA, F.K.A., Wachovia Mortgage, FSB, F.K.A. World Savings Bank, FSB") ("Wachovia") , to dismiss plaintiff's second amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice.

2. Plaintiff Jonathan E. Samuels will take nothing from defendant Wells Fargo in this action; and

3. As the prevailing party, defendant Wells Fargo may submit an application to tax costs and a motion to recover reasonable attorneys' fees.

Dated: 7/30/12           PHILIP S. GUTIERREZ
                         HONORABLE PHILIP S. GUTIERREZ
                         UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On July 24, 2012, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on all interested parties as follows:

*Served By Means Other Than The Court's CM/ECF System:*

*Plaintiff in Pro Per:*

Jonathan E. Samuels
7211 Haven Avenue
Rancho Cucamonga, California 91730

Jonathan E. Samuels
7060 Martano Place
Rancho Cucamonga, California 91701

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on July 24, 2012.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |