1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

E-FILED 09/28/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

JONATHAN E. SAMUELS,

               Plaintiff,

    v.

WELLS FARGO BANK, NA, F.K.A.,
WACHOVIA MORTGAGE, FSB,
F.K.A. WORLD SAVINGS BANK,
FSB and ALL PERSONS
UNKNOWN CLAIMING ANY
EQUITABLE RIGHT, TITLE,
ESTATE LIEN, OR INTEREST IN
THE REAL PROPERTY
DESCRIBED IN THE COMPLAINT
and DOES 1-100 inclusive,

               Defendants.

Case No.:  2:11-cv-06067-PSG-PJW

[~~PROPOSED~~] **JUDGMENT OF
AWARD OF ATTORNEYS' FEES**

*[The Honorable Philip S. Gutierrez,
Courtroom 880]*

On September 26, 2012, this Court entered an Order granting the motion for
award of attorneys' fees filed by defendant Wachovia Mortgage, a division of
Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest,
N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World

Savings Bank, FSB (sued herein as "Wells Fargo Bank, NA, F.K.A., Wachovia Mortgage, FSB, F.K.A. World Savings Bank, FSB") ("Wells Fargo").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Defendant Wells Fargo is awarded its attorneys' fees in the amount $ 27,680 payable from plaintiff Jonathan E. Samuels.

Dated:   9/28/12

PHILIP S. GUTIERREZ

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

2

3        I, the undersigned, declare that I am over the age of 18 and am not a party to

4  this action.  I am employed in the City of Pasadena, California; my business address
   is 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

5        On September 27, 2012, I served a copy of the foregoing document entitled:

6

### [PROPOSED] JUDGMENT OF AWARD OF ATTORNEYS' FEES

7

8  on all interested parties as follows:

9        ***Served By Means Other Than The Court's CM/ECF System:***

10

11                    *Plaintiff in Pro Per:*

12                    Jonathan E. Samuels
                      7211 Haven Avenue
13              Rancho Cucamonga, CA 91730

14                    Jonathan E. Samuels
                      7060 Martano Place
15              Rancho Cucamonga, CA 91701

16

17  ☒   **BY MAIL:**  By placing the envelope for collection and mailing following
         our ordinary business practices.  I am readily familiar with the firm's
18       practice of collecting and processing correspondence for mailing.  On the
         same day that correspondence is placed for collection and mailing, it is
19       deposited in the ordinary course of business with the United States Postal
         Service in Pasadena, California, in sealed envelopes with postage fully
20       thereon.

21

22  I declare under penalty of perjury under the laws of the United States of America
    that the foregoing is true and correct.  I declare that I am employed in the office
23  of a member of the Bar of this Court at whose direction the service was made.
    This declaration is executed in Pasadena, California, on September 27, 2012.

24

25

26     _____          _____
          Christine Daniel                      /s/  *Christine Daniel*
27        (Type or Print Name)                 (Signature of Declarant)

28